**CIVIL JURY TRIAL**
**MINUTE SHEET**                                                                     DATE: 12/2

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>CLYDE L. BENNETT<br>v.<br>R&L CARRIERS SHARED SERVICES, LLC, ET AL. | CASE NO: 3:08CV498<br><br>JUDGE: PAYNE<br><br>COURT REPORTER: G. HALASZ, OCR |

MATTER COMES ON FOR:   JURY TRIAL ( ✓ )   MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE ( )  EMPANELED, SWORN TO TRY ISSUE ( )

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )  DEFENDANT(S) ( )  COURT ( )

OPENING STATEMENTS MADE ( )      OPENING WAIVED ( )

PLAINTIFF(S) ADUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )      SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )      ARGUMENTS OF COUNSEL HEARD ( ✓ )

JURY CHARGED BY THE COURT ( ✓ )   ALTERNATE JUROR(S) DISCHARGED ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY     * JURY OUT: 1:14 pm
DEFENDANT ( )   GOVERNMENT ( )   NONE NOTED ( ✓ )            ** JURY IN: 2:12 pm

INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )    ADDITIONAL CHARGE ( )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( ✓ ) *see attachments MONETARY AWARD $3,264,920

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) ( ) _____

JURY UNABLE TO AGREE ( )   MISTRIAL DECLARED ( )   JURY DISCHARGED ( ✓ )

CLERK TO ENTER JUDGMENT ON VERDICT ( ✓ )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

MOTION(S) AFTER VERDICT: Motion by dft to set aside verdict; briefs to be filed; schedule for briefing will be set by conference call

Counsel for the Plaintiff(s):
John B. Donohue, Jr., James B. Thorsen

Counsel for the Defendant(s):
William D. Bayliss, Ellis B. Murov, Brendan D. O'Toole

SET: 9:30   BEGAN: 9:36am   VOIR DIRE: —   ENDED: 6:35pm   TIME IN COURT: 5 hr 43 min
RECESSES:
10:26am – 10:47am; 12:05 – 12:24pm; 1:17 – 2:12pm; 3:40 – 3:55pm; 4:31 – 4:48pm; 5:04 – 6:13pm

\*<u>Damages Stage</u>

Opening Statements made (by plaintiff only)

Plaintiff adduced evidence

Arguments of counsel heard

Jury Charged by Court

Jury Out: 4:31 p.m.

Inquiries of jury received; answered

Jury In: 6:13 p.m.

Verdict on damages:
    Compensatory damages: $1,716,920
    Punitive damages:    R&L Carriers: $1,500,000
                                Franklin Finley: $3,000
                                Jay Bullard: $15,000
                                David McGinnis: $30,000

# UNITED STATES DISTRICT COURT

Eastern _____ DISTRICT OF Virginia - Richmond Division

Clyde L. Bennett

v.

R+L Carriers Shared Services, LLC, etc.

**EXHIBIT AND WITNESS LIST**

Case Number: 3:08CV498

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Payne | See minute sheet | See minute sheet |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| December 02 2009 | Gil Halasz, OCR | Skip Neal / Wendy Tuck |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12-2-9 | | | Billy J. Bennett, Jr. |
| 2 | | | | | Michael Bennett |
| 3 | | | | | Clyde L. Bennett |
| 16 | | | | ✓ | Copy Job Search Log if TT |
| 21 | | | | ✓ | Bill / Contract with defense counsel (criminal) |
| 20 | | | | ✓ | Social Security Statement |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

If compensatory damages Are Awarded, who pays?

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

12/2/09

Ct Ex. 1

What is the HCP deduction on Mr Bennett's pay stub and what is Sup Life 1 on pay stub?

Did the company provide Any health insurance to Mr Bennett?

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

12/2/09

Ct. Ex 2

It is not your concern who it is that pays the ~~~~ damages that you decide to award.

Thus, you must determine the award under the ~~~~ instructions I have given you.

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

Ct. Ex. 3

The meaning of HCP and Sup Life 1 was not the subject of testimony and those meanings cannot now be provided.

You will have to recall Mr. Bennett's testimony about health insurance to answer the question on that topic.

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

Ct. Ex. 4