IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| CLYDE L. BENNETT, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:08cv498 |
| ) | |
| R & L CARRIERS SHARED SERVICES, LLC, ) | |
| FRANKLIN FINLEY, ) | |
| JAY BULLARD, ) | |
| and ) | |
| DAVID MCGINNIS, ) | |
| Defendants. ) | |

**VERDICT FORM**

As to defendant R & L CARRIERS SHARED SERVICES, LLC , we the jury in the above entitled action, unanimously find, by a preponderance of the evidence, in favor of

__✓__ the plaintiff CLYDE L. BENNETT   **OR**

_____ the defendant R & L CARRIERS SHARED SERVICES, LLC.


As to defendant FRANKLIN FINLEY, we the jury in the above entitled action, unanimously find, by a preponderance of the evidence, in favor of

__✓__ the plaintiff CLYDE L. BENNETT   **OR**

_____ the defendant FRANKLIN FINLEY.


As to defendant JAY BULLARD, we the jury in the above entitled action, unanimously find, by a preponderance of the evidence, in favor of

__✓__ the plaintiff CLYDE L. BENNETT   **OR**

_____ the defendant JAY BULLARD.

As to defendant DAVID MCGINNIS, we the jury in the above entitled action, unanimously find, by a preponderance of the evidence, in favor of

✓ the plaintiff CLYDE L. BENNETT   OR

___ the defendant DAVID MCGINNIS.


12/2/09
DATE

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office