

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| CLYDE L. BENNETT, | ) | |
|           Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:08cv498 |
| | ) | |
| R & L CARRIERS SHARED SERVICES, LLC, | ) | |
| FRANKLIN FINLEY, | ) | |
| JAY BULLARD, | ) | |
| and | ) | |
| DAVID MCGINNIS, | ) | |
|           Defendants. | ) | |

## VERDICT FORM

We the jury unanimously find by a preponderance of the evidence that the Plaintiff is entitled to an award of compensatory damages in the amount of

$ 1,716,920 .

> Pursuant to the E-Govt Act, the
> original of this page has been filed
> under seal in the Clerk's Office.

12/2/09
DATE

FOREPERSON