

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CLYDE L. BENNETT, )<br>　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>R & L CARRIERS SHARED SERVICES, LLC, )<br>FRANKLIN FINLEY, )<br>JAY BULLARD, )<br>and )<br>DAVID MCGINNIS, )<br>　　　　　　　Defendants. ) | Civil Action No. 3:08cv498 |

## VERDICT FORM

As to defendant R & L CARRIERS SHARED SERVICES, LLC , we the jury in the above entitled action, unanimously award the plaintiff punitive damages in the sum of

$ 1,500,000 .

As to defendant FRANKLIN FINLEY, we the jury in the above entitled action, unanimously award the plaintiff punitive damages in the sum of

$ 3,000 .

As to defendant JAY BULLARD, we the jury in the above entitled action, unanimously award the plaintiff punitive damages in the sum of

$ 15,000 .

As to defendant DAVID MCGINNIS, we the jury in the above entitled action unanimously award the plaintiff punitive damages in the sum of

$ 30,000 .　　　　Pursuant to the E-Govt Act, the original of this page has been filed under seal in the Clerk's Office.


DATE　12/2/09


FOREPERSON