IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



CLYDE L. BENNETT,,

    Plaintiff,

v.                              Civil Action No. 3:08cv498

R&L CARRIERS, INC.,
et al.,

    Defendants.

### ORDER

The FINAL JUDGMENT ORDER (Docket No. 146) is hereby amended for the sole purpose of setting forth the aggregate amount of the monetary judgments against R&L Carriers Shared Services, LLC ("R&L") and David John McGinnis, Sr. ("McGinnis"). Hence, the FINAL JUDGMENT ORDER (Docket No. 146) is amended to add the following provision:

    Judgment is hereby entered against R&L in the total amount of:

| | |
|---|---|
| $1,716,920.00 | Compensatory Damages |
| 343,137.25 | Punitive Damages |
| $2,060,057.25 | Total Damages |

together with interest thereon from October 1, 2010 until paid at the judgment rate to be determined after the prescribed briefing is submitted.

Judgment is hereby entered against McGinnis in the total amount of:

| | |
|---|---|
| $1,716,920.00 | Compensatory Damages |
| 6,862.75 | Punitive Damages |
| $1,723,782.75 | Total Damages |

together with interest thereon from October 1, 2010 until paid at the judgment rate to be determined after the prescribed briefing is submitted.

The judgments on compensatory damages in the amount of $1,716,920.00 with interest are entered jointly, and severally, against R&L and McGinnis.

The judgments on punitive damages are entered severally against R&L in the amount of $343,137.25 with interest and against McGinnis in the amount of $6,862.75 with interest.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 1, 2010

2