BOND # 6615091

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CLYDE L. BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:08cv498 |
| ) | |
| R&L CARRIERS SHARED ) | |
| SERVICES, L.L.C., et al., ) | |
| ) | |
| Defendants. ) | |

## SUPERSEDEAS BOND

Know all men by these presents, that we, defendant R&L CARRIERS SHARED SERVICES, LLC and DAVID JOHN MCGINNIS, SR., as Principals, and Safeco Insurance Company of America (hereinafter referred to as "Safeco"), as surety, are held and firmly bound unto Plaintiff in the maximum sum of Two Million One Hundred Thirty Thousand and 00/100 ($2,130,000) for the payment of which, well and truly to be made, we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

Whereas plaintiff has in the United States District Court for the Eastern District of Virginia, Richmond Division, in the above-entitled action recovered a judgment against the said Defendants in the amount of $1,716,920.00 in compensatory damages, JOINTLY AND SEVERALLY, with post-judgment interest thereon from October 1, 2010 until paid at the judgment rate of 0.25%; in the amount of $343,137.25 in punitive damages, SEVERALLY, against R&L CARRIERS SHARED SERVICES, LLC, with post judgment interest thereon from

October 1, 2010 until paid at the judgment rate of 0.25%; and in the amount of $6,862.75 in punitive damages, SEVERALLY, against DAVID JOHN MCGINNIS, SR., with post-judgment interest thereon from October 1, 2010 until paid at the judgment rate of 0.25%.

Whereas the above-named defendants, pursuant to Fed. R. App. P. 4(a), will file a Notice of Appeal in order to pursue an appeal to set aside or otherwise obtain relief from the said judgment entered by Orders of September 30, 2010 and October 1, 2010, respectively.

Now, therefore, the condition of this obligation is that if defendants shall satisfy the judgment in full together with any costs, interest and damages for delay awarded by the court if the appeal is finally dismissed or the judgment is finally affirmed, or defendants shall satisfy in full such judgment or modification of the judgment and such costs, interest and damages as an appellate court may adjudge and award, or if the said judgment be set aside, then obligation shall be void; otherwise it shall remain in full force and effect. In no event shall the surety's obligation under this bond exceed the maximum sum identified herein.

Pursuant to Fed. R. Civ. P. 62(d) and Fed. R. App. P. 8(b), Safeco, as surety, hereby submits itself to the jurisdiction of the District Court.

Dated: 10/13/10

By: _____
R&L CARRIERS SHARED SERVICES, L.L.C., Principal

Print Name: Roby L Roberts

Print Title: Exec VP


RECEIVED OCT 14 2010 CLERK, U.S. DISTRICT COURT RICHMOND, VA

STATE OF OHIO                              )
                                           )
CITY/COUNTY OF Clinton      )

   This day, Roby L Roberts          , personally appeared before me, the undersigned notary public, and executed the foregoing Supersedeas Bond.

   Given under my hand this  13  day of  October    , 2010.

_____Patricia Ann Smith_____
Notary Public                              (seal)

PATRICIA ANN SMITH
Notary Public, State of Ohio
My Commission Expires June 5, 2011
Recorded in Clinton County

My Commission Expires   6/5/2011  


Dated:_____        By:_____
                              DAVID JOHN MCGINNIS, SR.


                              Print Name:_____


                              Print Title:_____


STATE OF _____)
                        )
CITY/COUNTY OF_____)

   This day, _____, personally appeared before me, the undersigned notary public, and executed the foregoing Supersedeas Bond.

   Given under my hand this _____ day of _____, 2010.



                              _____
                              Notary Public              (seal)


My Commission Expires _____

Print Title:_____

STATE OF OHIO                    )
                                 )
CITY/COUNTY OF _____ )

This day, _____, personally appeared before me, the undersigned notary public, and executed the foregoing Supersedeas Bond.

Given under my hand this \_\_\_\_\_ day of _____, 2010.

_____
Notary Public                                  (seal)

My Commission Expires _____

Dated: *Oct. 13, 2010*     By: *David John McGinnis Sr.*
                           DAVID JOHN MCGINNIS, SR.

                           Print Name: *David John McGinnis Sr*

                           Print Title: *Security Investigator*

STATE OF *Georgia* )
                   )
CITY/COUNTY OF *Henry* )

This day, *David J McGinnis*, personally appeared before me, the undersigned notary public, and executed the foregoing Supersedeas Bond.

Given under my hand this *13* day of *Oct.*, 2010.

*Elizabeth Williams*
Notary Public                                  (seal)

My Commission Expires *July 13, 2013*

[Seal: ELIZABETH D WILLIAMS, NOTARY PUBLIC, HENRY COUNTY, GEORGIA, COMMISSION EXPIRES JULY 13, 2013]

3

Dated: 10/13/10      By: _Cynthia K Wilson_
                     SAFECO INSURANCE COMPANY OF AMERICA

                     Print Name: _CYNTHIA K. WILSON_

                     Print Title: _POWER OF ATTORNEY_

STATE OF _Ohio_ )
             )
CITY/COUNTY OF _Hamilton_ )

This day, _Cynthia K Wilson_, personally appeared before me, the undersigned notary public, and executed the foregoing Supersedeas Bond.

Given under my hand this _13_ day of _October_, 2010.

_Elizabeth M Mazer_
Notary Public                                    (seal)

My Commission Expires _____

Elizabeth M. Mazer
Notary Public, State of Ohio
My Commission Expires 09-30-2013

APPROVED BY U.S. DISTRICT COURT JUDGE

_____/s/_____  REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 26, 2010

4